570 A.2d 978

COMMERCIAL REALTY AND RESOURCES CORP., ET AL. v. FIRST ATLANTIC PROPERTIES CO. AND THE PLANNING BOARD OF THE TOWNSHIP OF NEPTUNE.

November 13, 1989.

Petition for certification granted. (See 235 *N.J.Super.* 577, 563 *A.*2d 866)

570 A.2d 978

NORTH BERGEN ACTION GROUP, ET AL. v. NORTH BERGEN TOWNSHIP PLANNING BOARD.

November 13, 1989.

Petition for certification granted. (See 235 *N.J.Super.* 597, 563 *A.*2d 878)

570 A.2d 978

STATE OF NEW JERSEY v. PEDRO MUNIZ.

November 13, 1989.

Petition for certification denied.

570 A.2d 978

STATE OF NEW JERSEY v. MARK JORDAN.

November 13, 1989.

Petition for certification denied. (See 235 *N.J.Super.* 517, 563 *A.*2d 463)